IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, ET AL. )<br><br>Plaintiffs, )<br><br>ASHLAUR CONSTRUCTION COMPANY, INC., an Illinois corporation; and ZOLLIE CARRADINE, Individually, )<br><br>Defendants. ) | No. 18 cv 4187<br><br>Judge Alonso |

## NOTICE OF DISMISSAL

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON and BRIAN C. JAMES, pursuant to Fed. R. Civ. P 41 (a) (1)(A)(i) dismiss this action without prejudice as the Defendants have not served an Answer or a Motion for Summary Judgment.

Respectfully submitted,

TRUSTEES OF THE CHICAGO PAINTERS AND
DECORATORS PENSION FUND, ET AL.,

s/s   James R . Anderson
One of Plaintiffs' attorneys

DONALD D. SCHWARZ
JAMES R. ANDERSON
BRIAN C. JAMES
ARNOLD AND KADJAN, LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312)236-0415